UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BOBBY DARRELL COLBERT, | ) | |
| Petitioner, | ) | CASE NO. C08-870RSL |
| v. | ) | |
| JIM McDONALD, | ) | ORDER DENYING FEDERAL HABEAS PETITION |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the petitioner's objection to Magistrates Report and Recommendation, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Tsuchida.

DATED this 15th day of April, 2009.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING FEDERAL
HABEAS PETITION - 1