1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
BOBBY COLBERT,                      )
                                    )        Case No. C08-0870RSL
                      Petitioner,   )
                                    )
       v.                           )
                                    )        ORDER GRANTING IN PART
JIM McDONALD,                       )        CERTIFICATE OF APPEALABILITY
                                    )
                      Respondent.   )
_____ )

        This matter comes before the Court on petitioner's "Notice of Appeal from Order

Denying Habeas Proceeding" (Dkt. # 27) which the Court considers a request for a certificate of

appealability under 28 U.S.C. § 2253. Because petitioner filed his notice of appeal after April

24, 1996, his appeal is governed by the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), which worked substantial changes to the law of habeas corpus. Under the amended

version of 28 U.S.C. § 2253(c), a petitioner may not appeal the denial of a habeas corpus petition

unless the district court or the Ninth Circuit issues a certificate of appealability identifying the

particular issues that may be pursued on appeal. United States v. Asrar, 116 F.3d 1268 (9th Cir.

1997).

        To obtain a certificate of appealability, the petitioner must make a substantial

showing of the denial of a constitutional right. "Obviously the petitioner need not show that he

should prevail on the merits. He has already failed in that endeavor." Barefoot v. Estelle, 463

U.S. 880, 893 n.4 (1983). Rather, he must demonstrate that the resolution of the habeas petition

1  is debatable among reasonable jurists or that the issues presented were "adequate to deserve

2  encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

3      Having reviewed the record in this case, including the Report and

4  Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the

5  Court finds that the dismissal of petitioner's claim regarding the due process implications of

6  joining unrelated offenses for trial is debatable among reasonable jurists and that claim deserves

7  to proceed further. The misjoinder issue is, therefore, appealable under AEDPA. The Court's

8  findings regarding petitioner's other grounds for review, namely the insufficiency of the

9  evidence to support the second degree rape conviction and the alleged prosecutorial misconduct,

10  are not debatable and should not be the subject of an appeal.

11

12      For all of the foregoing reasons, petitioner's request for a certificate of

13  appealability is GRANTED in part and DENIED in part.

14

15      Dated this 29th day of May, 2009.

16      _MWS Lasnik_

17      Robert S. Lasnik
        United States District Judge

18

19

20

21

22

23

24

25

26

ORDER GRANTING IN PART
CERTIFICATE OF APPEALABILITY            -2-